**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CLOUD PEAK ENERGY INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19 – 11047 (KG)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 52, 272, 369, 493 & 541** |

**SECOND AMENDED NOTICE OF THE AUCTION AND SALE HEARING**

**PLEASE TAKE NOTICE** that, on May 10, 2019, the above-captioned debtors and debtors in possession (collectively, the "***Debtors***") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "***Court***").

**PLEASE TAKE FURTHER NOTICE** that, on May 13, 2019, the Debtors filed the *Motion of Debtors for Entry of Orders (A)(I) Approving Bidding Procedures, (II) Scheduling the Bid Deadlines and the Auction,(III) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, and (VI) Granting Related Relief and (B)(I) Approving the Sale of the Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* [Docket No. 52] (the "***Motion***") with the Court.[2]

**PLEASE TAKE FURTHER NOTICE** that, on June 13, 2019, the Court entered the *Order (I) Approving Bidding Procedures, (II) Scheduling the Bid Deadlines and the Auction, (III) Scheduling Hearings and Objection Deadlines With Respect to the Sale, (IV) Approving the Form and Manner of Notice thereof, (V) Approving Contract Assumption and Assignment Procedures, and (VI) Granting Related Relief* [Docket No. 272] (the "***Bidding Procedures***

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Antelope Coal LLC (8952); Arrowhead I LLC (3024); Arrowhead II LLC (2098); Arrowhead III LLC (9696); Big Metal Coal Co. LLC (0200); Caballo Rojo LLC (9409); Caballo Rojo Holdings LLC (4824); Cloud Peak Energy Finance Corp. (4674); Cloud Peak Energy Inc. (8162); Cloud Peak Energy Logistics LLC (7973); Cloud Peak Energy Logistics I LLC (3370); Cloud Peak Energy Resources LLC (3917); Cloud Peak Energy Services Company (9797); Cordero Mining LLC (6991); Cordero Mining Holdings LLC (4837); Cordero Oil and Gas LLC (5726); Kennecott Coal Sales LLC (0466); NERCO LLC (3907); NERCO Coal LLC (7859); NERCO Coal Sales LLC (7134); Prospect Land and Development LLC (6404); Resource Development LLC (7027); Sequatchie Valley Coal Corporation (9113); Spring Creek Coal LLC (8948); Western Minerals LLC (3201); Youngs Creek Holdings I LLC (3481); Youngs Creek Holdings II LLC (9722); Youngs Creek Mining Company, LLC (5734). The location of the Debtors' service address is: 385 Interlocken Crescent, Suite 400, Broomfield, Colorado 80021.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or Bidding Procedures Order (as defined herein), as applicable.

*Order*") approving, among other things, the Debtors' Bidding Procedures, a copy of which was attached to the Bidding Procedures Order as <u>Exhibit 1</u>.

**PLEASE TAKE FURTHER NOTICE** that, on June 28, 2019, the Debtors filed the *Notice of the Auction and Sale Hearing* [Docket No. 369] (the "***Auction and Sale Notice***") setting forth the proposed key dates and deadlines for the Auction and Sales process.

**PLEASE TAKE FURTHER NOTICE** that, on July 31, 2019, the Debtors filed the *Amended Notice of the Auction and Sale Hearing* [Docket No. 541] (the "***Amended Auction and Sale Notice***") amending certain of the proposed key dates and deadlines set forth in the Auction and Sale Notice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Auction and Sale Notice, the Bid Deadline was July 25, 2019 at 5:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on August 6, 2019, the Debtors designated certain Eligible Bidders as Qualified Bidders.

**PLEASE TAKE FURTHER NOTICE** that, as authorized by the Bidding Procedures Order, pursuant to Section F.xii of the Bidding Procedures, the Debtors may, among other things, extend or modify any of the dates and deadlines set forth in the Bidding Procedures. *See* Bidding Procedures Order, ¶4; Bidding Procedures, F.xii.

**PLEASE TAKE FURTHER NOTICE** that, in order to ensure that the Auction and Sales process maximizes value for the benefit of the Debtors' estates, the following key dates and deadlines in the Auction and Sale Notice have been amended by the Debtors, pursuant to the Bidding Procedures Order and Bidding Procedures, and are as follows:

a. **<u>Stalking Horse Bidder and Bid Protections</u>**. The Debtors may, at any time until two calendar days prior to the date of the Auction, select one or more parties to be a Stalking Horse Bidder with respect to some or all of the Debtors' Assets.

b. **<u>Auction</u>**. **August 15, 2019, at 11:00 a.m. (prevailing Eastern Time)** is the date and time that the Auction, if any, will be held at Centerview Partners LLC, 31 West 52nd Street, 22nd Floor, New York, New York, 10019, or such later date, time, and location, as selected by the Debtors.

c. **<u>Sale Objection Deadline</u>**. **August 16, 2019, at 11:00 a.m. (prevailing Eastern Time)** is the deadline by which all objections to the Sale (other than the Assigned Contract Objections and Supplemental Assigned Contract Objections which are subject to the Assigned Contract Objection Deadline and Supplemental Assigned Contract Objection Deadline, respectively) must be filed with the Court. Objections, if any, to the Sale must be (i) in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, Local Rules, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection with any applicable and appropriate documentation in support thereof; and (iv) be filed with the Court no later than **the Sale Objection Deadline**.

2

        d.        **Sale Hearing**.  The hearing approving the Sale to the Winning Bidder(s) shall take place before the Court on **August 19, 2019, at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, the amended key dates and deadlines apply to the potential Lands Sale (as defined in the Debtors *Notice of Marketing of Real Property* [Docket No. 493]).

**PLEASE TAKE FURTHER NOTICE** that, copies of the Motion, the Bidding Procedures Order, the Bidding Procedures, and all other pleadings filed in these chapter 11 cases can be obtained free of charge on the website of the Debtors' claims and noticing agent at: http://cases.primeclerk.com/cloudpeakenergy.

**PLEASE TAKE FURTHER NOTICE THAT, UNLESS AN OBJECTION IS TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE COURT AND THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING AND NOTICE.**

Dated: August 7, 2019
Wilmington, Delaware

/s/ *Megan E. Kenney*
**RICHARDS, LAYTON & FINGER, P.A.**
Daniel J. DeFranceschi (No. 2732)
John H. Knight (No. 3848)
David T. Queroli (No. 6318)
Megan E. Kenney (No. 6426)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel:  302.651.7700
Fax: 302.651.7701
defranceschi@rlf.com; knight@rlf.com; queroli@rlf.com; kenney@rlf.com

- and -

**VINSON & ELKINS LLP**
David S. Meyer (admitted *pro hac vice*)
Jessica C. Peet (admitted *pro hac vice*)
Lauren R. Kanzer (admitted *pro hac vice*)
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Tel:  212.237.0000
Fax: 212.237.0100
dmeyer@velaw.com; jpeet@velaw.com; lkanzer@velaw.com

- and -

Paul E. Heath (admitted *pro hac vice*)
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel:  214.220.7700
Fax: 214.220.7716
pheath@velaw.com

*Attorneys for the Debtors and Debtors in Possession*