**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| CLOUD PEAK ENERGY INC., *et al.*, | ) Case No. 19 – 11047 (KG) |
| Debtors.[1] | ) (Jointly Administered) |

## JULY 2019 MONTHLY OPERATING REPORT

| Required Documents | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Legal Entities and Notes to MOR | | x | |
| Schedule of Cash Receipts and Disbursements by Debtor | MOR-1 | x | |
| Schedule of Consolidated Cash Disbursements by Category | MOR-1a | x | |
| Bank Account Information | MOR-1b | x | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statements of Operations (Income Statement) | MOR-2 | x | |
| Balance Sheets | MOR-3 | x | |
| Statement of Cash Flows | MOR-3a | | See MOR-1 |
| Status of Postpetition Taxes | MOR-4 | | Attestation Attached |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
|    Listing of Aged Accounts Payable | MOR-4a | x | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | |
| Taxes Reconciliation and Aging | MOR-5 | | Notes to MOR |
| Schedule of Payments to Professionals | MOR-6 | x | |
| Secured Notes Adequate Protection Payments | MOR-6 | x | |
| Debtor Questionnaire | MOR-7 | x | |
| Report of Other Significant Events | MOR-7 | x | |

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Antelope Coal LLC (8952); Arrowhead I LLC (3024); Arrowhead II LLC (2098); Arrowhead III LLC (9696); Big Metal Coal Co. LLC (0200); Caballo Rojo LLC (9409); Caballo Rojo Holdings LLC (4824); Cloud Peak Energy Finance Corp. (4674); Cloud Peak Energy Inc. (8162); Cloud Peak Energy Logistics LLC (7973); Cloud Peak Energy Logistics I LLC (3370); Cloud Peak Energy Resources LLC (3917); Cloud Peak Energy Services Company (9797); Cordero Mining LLC (6991); Cordero Mining Holdings LLC (4837); Cordero Oil and Gas LLC (5726); Kennecott Coal Sales LLC (0466); NERCO LLC (3907); NERCO Coal LLC (7859); NERCO Coal Sales LLC (7134); Prospect Land and Development LLC (6404); Resource Development LLC (7027); Sequatchie Valley Coal Corporation (9113); Spring Creek Coal LLC (8948); Western Minerals LLC (3201); Youngs Creek Holdings I LLC (3481); Youngs Creek Holdings II LLC (9722); Youngs Creek Mining Company, LLC (5734).  The location of the Debtors' service address is:  385 Interlocken Crescent, Suite 400, Broomfield, Colorado 80021.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct tot the best of my knowledge and belief.

/s/ _Heath A Hill_                                             8/29/2019
Signature of Authorized Individual*                        Date

_Heath A Hill_
Printed Name of Authorized Individual

_EVP & CFO_
Title

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.'

**In re Cloud Peak Energy Inc.**

**Case No. (Jointly Administered): 19-11047**
**Reporting Period: July 2019**
**Federal Tax I.D.: #26-3088162**

**Notes to the Monthly Operating Report**

**1. Introduction.**

On May 10, 2019 (the "***Petition Date***"), the above-captioned debtors and debtors in possession (collectively, the "***Debtors***") filed voluntary petitions for relief (the "***Chapter 11 Cases***") under chapter 11 of title 11 of the United States Bankruptcy Code (the "***Bankruptcy Code***") in the Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***"). The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On May 22, 2019, the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code. Information contained herein may differ from the Debtors' Bankruptcy Court filings on the Petition Date due to more accurate information becoming available.

**2. Accounting Principles.**

This Monthly Operating Report (the "***MOR***") includes information regarding the Debtors and may exclude information regarding non-Debtor affiliates. The financial statements and supplemental information contained herein are preliminary and unaudited, limited in scope, cover a limited time period, and have been prepared solely for the purpose of complying with the monthly reporting requirements for chapter 11 debtors as required by the Bankruptcy Code. As discussed below, the financial statements and supplemental information contained herein may not comply with generally accepted accounting principles in the United States of America ("***GAAP***") in all material respects. Therefore, there can be no assurance that the financial statements and supplemental information presented herein are complete, and readers are strongly cautioned not to place undue reliance on this MOR.

The unaudited financial statements have been derived from the books and records of the Debtors. The information furnished in this report includes primarily normal recurring adjustments but does not include all the adjustments that would typically be made for financial statements in accordance with GAAP. Furthermore, the information contained herein has not been subject to the same level of accounting review and testing that would typically be applied to financial information in accordance with GAAP. Accordingly, upon the application of such procedures, the Debtors believe that the financial information could be subject to material changes.

**3. General Methodology.**

The Debtors prepared this MOR relying primarily upon the information set forth in their books and records. Consequently, certain transactions that are not identified in the normal course of business in the Debtors' books and records may not be included in this MOR. Nevertheless, in preparing this MOR, the Debtors made reasonable efforts to supplement the information set forth in their books and records with additional information concerning transactions that may not have been identified therein, to the extent necessary.

**4. Past Performance.**

Operational and financial results contained herein may not necessarily reflect the consolidated results of operations and financial position of the Debtors for the year or any other period, and are not indicative of expected results for any other period going forward.

**5. Accounts Payable and Accrued Expenses.**

To the best of the Debtors' knowledge, postpetition trade payables and all insurance policy premiums are current.

**In re Cloud Peak Energy Inc.**

Case No. (Jointly Administered): 19-11047
Reporting Period: July 2019
Federal Tax I.D.: #26-3088162

## Notes to the Monthly Operating Report

**6. Carrying Value of Assets.**

Unless otherwise noted, asset values contained in these Consolidated Financial Statements indicate book values as of July 31, 2019. Amounts realized from any disposition of the Debtors' assets are expected to vary materially and adversely from the stated book value of the Debtors' assets. In connection with the ongoing preparation of our second quarter 2019 Form 10-Q, we are evaluating our assets for impairment and expect to materially impair our assets. We are currently in the process of quantifying the amount of this impairment as we are still analyzing the results of the recently completed bankruptcy auction process. Additionally, no depreciation or amortization was recorded during the month ended July 31, 2019 in anticipation of recording this impairment. Thus, unless otherwise noted, these Consolidated Financial Statements reflect the carrying values of the assets as recorded on the Debtors' books and records as of July 31, 2019, and is not based upon an estimate of their current market value. The Debtors reserve their right to amend or adjust the value of each asset set forth herein.

**7. Intercompany Receivables/Payables.**

As described more fully in the *Final Order (I) Authorizing the Debtors to (A) Maintain the Cash Management System, (B) Continue Using Existing Checks and Business Forms, and (C) Continue Intercompany Arrangements, (II) Providing Administrative Expense Priority Status for Postpetition Intercompany Claims, and (III) Granting Related Relief* [Docket No. 262], the Debtors are authorized to maintain intercompany ("*I/C*") receivables/payables with certain subsidiaries. Certain Debtors record I/C receivables for payments made on behalf of other subsidiaries, who in turn record corresponding I/C payables.

**8. Prepetition Liabilities.**

Generally, upon commencement of the Chapter 11 Cases, actions to enforce or otherwise effect payment of prepetition liabilities are stayed. However, the Bankruptcy Court has authorized the Debtors to pay certain prepetition claims subject to certain terms and conditions.

**9. Postpetition Liabilities.**

To the extent claims have been categorized as "Postpetition Liabilities" herein, the Debtors reserve the right to dispute their obligation to make such payments and not pay such amounts if they believe the payment not to be in the best interests of the Debtors' estates.

**10. Allocation of Prepetition and Postpetition Liabilities.**

The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based upon the information available at the time of the preparation of this MOR. Except as otherwise noted, liability information is listed as of the close of business at the end of the month. The Debtors' allocation of liabilities between the prepetition and postpetition periods may change as additional information becomes available. Accordingly, the Debtors reserve all rights to amend, supplement, or otherwise modify this MOR as necessary and appropriate.

**11. Reservation of Rights.**

Inadvertent errors, omissions, or the overinclusion of certain information may have occurred in the preparation of this MOR. Accordingly, the Debtors reserve all rights to dispute the validity, status, enforceability, or executory nature of any claim amounts, representations, or other statements in this MOR and reserve the right to amend or supplement this MOR to the extent necessary at any time.

**In re Cloud Peak Energy Inc.**

**Case No. (Jointly Administered): 19-11047**
**Reporting Period: July 2019**
**Federal Tax I.D.: #26-3088162**

## Notes to the Monthly Operating Report

Nothing contained in this MOR shall constitute a waiver of the Debtors' rights or any admission with respect to the Chapter 11 Cases, including with respect to any issues regarding the Debtors' ownership interests, substantive consolidation, equitable subordination, any defenses, and/or any causes of action arising under chapter 5 of the Bankruptcy Code and any other applicable non-bankruptcy law.

**Notes to MOR-2 Statement of Operations and MOR-3 Balance Sheet**

Due to the difficulty in separating the financial information of certain small, sometimes inactive Debtors, the Debtors listed in MOR-2 and MOR-3 have been consolidated for presentation purposes only.

**Notes to MOR-4**

Detailed records including (i) copies of IRS form 6123 or payment receipts, (ii) copies of tax returns filed during the reporting period and (iii) a taxes aging schedule will be made available upon request.

| In re Cloud Peak Energy Inc. | Debtor Entities |

**Case No. (Jointly Administered): 19-11047**
**Reporting Period: July 2019**
**Federal Tax I.D.: #26-3088162**

## List of Debtor Entities

**GENERAL:**

The report includes activity from the following Debtors and related Case Numbers:

| Debtor | Case |
|---|---|
| Antelope Coal LLC | 19-11049 |
| Arrowhead I LLC | 19-11050 |
| Arrowhead II LLC | 19-11051 |
| Arrowhead III LLC | 19-11069 |
| Big Metal Coal Co. LLC | 19-11053 |
| Caballo Rojo Holdings LLC | 19-11071 |
| Caballo Rojo LLC | 19-11076 |
| Cloud Peak Energy Finance Corp. | 19-11055 |
| Cloud Peak Energy Inc. | 19-11047 |
| Cloud Peak Energy Logistics LLC | 19-11061 |
| Cloud Peak Energy Logistics I LLC | 19-11073 |
| Cloud Peak Energy Resources LLC | 19-11057 |
| Cloud Peak Energy Services Company | 19-11063 |
| Cordero Mining Holdings LLC | 19-11075 |
| Cordero Mining LLC | 19-11052 |
| Cordero Oil and Gas LLC | 19-11058 |
| Kennecott Coal Sales LLC | 19-11060 |
| NERCO Coal LLC | 19-11064 |
| NERCO Coal Sales LLC | 19-11068 |
| NERCO LLC | 19-11054 |
| Prospect Land and Development | 19-11065 |
| Resource Development LLC | 19-11070 |
| Sequatchie Valley Coal Corporation | 19-11072 |
| Spring Creek Coal LLC | 19-11066 |
| Western Minerals LLC | 19-11062 |
| Youngs Creek Holdings I LLC | 19-11059 |
| Youngs Creek Holdings II LLC | 19-11074 |
| Youngs Creek Mining Company, LLC | 19-11056 |

In re: Cloud Peak Energy Inc.                                                                                          MOR-1

Case No. (Jointly Administered): 19-11047
Reporting Period: July 1-31, 2019
Federal Tax I.D.: #26-3088162

**Schedule of Cash Receipts and Disbursements**
**(Amounts in thousands)**

| Debtor | Case Number | Cash Receipts | Cash Distributions |
|---|---|---|---|
| Antelope Coal LLC | 19-11049 | $ 26,408 | $ (20,753) |
| Arrowhead I LLC | 19-11050 | - | (1) |
| Arrowhead II LLC | 19-11051 | - | - |
| Arrowhead III LLC | 19-11069 | - | - |
| Big Metal Coal Co. LLC | 19-11053 | - | (7) |
| Caballo Rojo Holdings LLC | 19-11071 | - | - |
| Caballo Rojo LLC | 19-11076 | - | - |
| Cloud Peak Energy Finance Corp. | 19-11055 | - | - |
| Cloud Peak Energy Inc. | 19-11047 | 10 | (72) |
| Cloud Peak Energy Logistics I LLC | 19-11073 | - | - |
| Cloud Peak Energy Logistics LLC | 19-11061 | 11,597 | (8,468) |
| Cloud Peak Energy Resources LLC | 19-11057 | 190 | (483) |
| Cloud Peak Energy Services Company | 19-11063 | - | (8,189) |
| Cordero Mining Holdings LLC | 19-11075 | 13,308 | (7,679) |
| Cordero Mining LLC | 19-11052 | - | - |
| Cordero Oil and Gas LLC | 19-11058 | - | (229) |
| Kennecott Coal Sales LLC | 19-11060 | - | - |
| NERCO Coal LLC | 19-11064 | - | - |
| NERCO Coal Sales LLC | 19-11068 | - | - |
| NERCO LLC | 19-11054 | - | - |
| Prospect Land and Development LLC | 19-11065 | - | (0) |
| Resource Development LLC | 19-11070 | - | - |
| Sequatchie Valley Coal Corporation | 19-11072 | - | (42) |
| Spring Creek Coal LLC | 19-11066 | 12,862 | (12,935) |
| Western Minerals LLC | 19-11062 | - | - |
| Youngs Creek Holdings I LLC | 19-11059 | - | - |
| Youngs Creek Holdings II LLC | 19-11074 | - | - |
| Youngs Creek Mining Company, LLC | 19-11056 | - | (4) |

**Notes to MOR-1:**

The Debtors utilize a consolidated cash management system for cash receipts and cash disbursements. Cash receipts from the sale of coal and cash disbursements are processed utilizing the consolidated cash management system but are shown by Debtor based upon the entity for whom the receipt or payment was being made. Disbursements made for non-Debtor subsidiaries are not included in MOR-1.

**In re: Cloud Peak Energy Inc.**                                                                          MOR-1a

**Case No. (Jointly Administered): 19-11047**
**Reporting Period: July 1-31, 2019**
**Federal Tax I.D.: #26-3088162**

### Schedule of Consolidated Cash Disbursements by Category
### (Amounts in thousands)

| Cash Flow Category | Amount |
|---|---:|
| **Operating Disbursements:** | |
| Fuel and Lubricants | $ (3,825) |
| Power | (1,127) |
| Explosives | (2,321) |
| Tires | (761) |
| Repair Parts and Supplies | (5,800) |
| Outside Services | (1,209) |
| Taxes and Insurance | (591) |
| Coal Royalties and Production Taxes | (15,815) |
| Legal and Professional Fees | (66) |
| Operating and Capital Leases | (241) |
| Other | (3,002) |
| Freight and Handling | (6,097) |
| Demurrage Expense | - |
| Take or Pay Obligations | (2,500) |
| Salaries, Wages and Bonuses | (9,446) |
| Benefits and Other Payments | (3,874) |
| **Total Operating Disbursements** | **$ (56,674)** |
| **Restructuring and Other Disbursements:** | |
| Collateral Deposits | $ (44) |
| Cash Interest and Bank Fees | (76) |
| DIP Interest and Fees | - |
| Restructuring Professional Fees | (2,047) |
| Advisor Fees | (23) |
| Utility Deposits | - |
| **Total Restructuring and Other Disbursements** | **$ (2,190)** |
| **Total Disbursements** | **$ (58,863)** |

In re: Cloud Peak Energy Inc.                                                                                                         MOR-1b

**Case No. (Jointly Administered): 19-11047**
**Reporting Period: As of July 31st, 2019**
**Federal Tax I.D.: #26-3088162**

**Bank Account Information**
**(Amounts in thousands)**

| Legal Entity | Case Number | Bank Name | Account Number | Book Balance |
|---|---|---|---|---|
| Antelope Coal LLC | 19-11049 | Petty Cash | N/A | $ 1 |
| Cordero Mining LLC | 19-11075 | Petty Cash | N/A | 2 |
| Spring Creek Coal LLC | 19-11066 | Petty Cash | N/A | 0 |
| Cloud Peak Energy Logistics LLC | 19-11061 | PNC Bank | 2044 | - |
| Cloud Peak Energy Resources LLC | 19-11057 | PNC Bank | 2116 | - |
| Cloud Peak Energy Resources LLC | 19-11057 | PNC Bank | 3107 | 4,930 |
| Cloud Peak Energy Resources LLC | 19-11057 | PNC Bank | 2984 | 2,085 |
| Cloud Peak Energy Resources LLC | 19-11057 | PNC Bank | 2079 | (852) |
| Cloud Peak Energy Resources LLC | 19-11057 | PNC Bank | 2087 | 5,107 |
| Cloud Peak Energy Resources LLC | 19-11057 | PNC Bank | 2095 | - |
| Cloud Peak Energy Resources LLC | 19-11057 | PNC Bank | 2108 | - |
| Cloud Peak Energy Resources LLC | 19-11057 | PNC Bank | 2124 | 15,074 |
| Cloud Peak Energy Resources LLC | 19-11057 | PNC Bank | 4WCS | 40,891 |
| Cloud Peak Energy Resources LLC | 19-11057 | PNC Bank | 3311 | 300 |
| Cloud Peak Energy Resources LLC | 19-11057 | PNC Bank | 8781 | 12,510 |
| Cloud Peak Energy Resources LLC | 19-11057 | First Interstate Bank | 4139 | 156 |
| Cloud Peak Energy Inc. | 19-11047 | PNC Bank | 3892 | - |
| Cloud Peak Energy Inc. | 19-11047 | Ankura Trust Company | 2300 | 6,015 |
| Cloud Peak Energy Inc. Zurich American Insurance Company EZ Trust | 19-11047 | Wilmington Trust | 5000 | 425 |

**Notes to MOR-1b:**

All amounts listed above are the book balances as of the end of the month. Bank accounts with negative balances are due to outstanding checks. Copies of bank statements and cash disbursement journals are not included with MOR-1b but will be made available upon request. These account balances have been reconciled to the bank statements.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| In re: **Cloud Peak Energy Inc.** | | | | | | | | | | | MOR-2 |
| Case No. (Jointly Administered): 19-11047 | | | | | | Statement of Operations | | | | | |
| Reporting Period: July 1 — July 31, 2019 | | | | | | (Amounts in thousands) | | | | | |
| Federal Tax I.D.: #26-3088162 | | | | | | | | | | | |

| | Cloud Peak Energy Inc | Cloud Peak Energy Resources | Cloud Peak Energy Services Company | Antelope Coal, LLC | Cordero Rojo Mine Complex[1] | Spring Creek Complex[2] | Cloud Peak Energy Logistics LLC | Smaller Entities[3] | Debtor Eliminations | Total Debtor Entities | Non-Debtor Entity | Consolidated Cloud Peak Energy Inc.[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ 518 | $ - | $ - | $ 27,541 | $ 12,137 | $ 20,585 | $ 23,687 | $ - | $ (8,330) | $ 76,138 | $ - | $ 76,138 |
| **Costs and expenses** | | | | | | | | | | | | |
| Cost of product sold (exclusive of depreciation, depletion, and accretion) | - | 2 | 155 | 25,432 | 8,553 | 13,547 | 24,959 | - | (7,297) | 65,351 | - | 65,351 |
| Depreciation and depletion | - | - | - | - | - | - | - | - | - | - | - | - |
| Accretion | - | - | - | 157 | 154 | 183 | - | 41 | - | 535 | - | 535 |
| Selling, general and administrative expenses | - | 3,158 | - | - | - | - | - | - | (518) | 2,640 | - | 2,640 |
| Impairments | - | - | - | - | - | - | - | - | - | - | - | - |
| Other operating costs | - | - | - | - | - | 16 | - | - | - | 16 | - | 16 |
| Total costs and expenses | - | 3,160 | 155 | 25,589 | 8,707 | 13,746 | 24,959 | 41 | (7,815) | 68,542 | - | 68,542 |
| Operating income (loss) | 518 | (3,160) | (155) | 1,952 | 3,430 | 6,839 | (1,272) | (41) | (515) | 7,596 | - | 7,596 |
| **Other income (expense)** | | | | | | | | | | | | |
| Net periodic postretirement benefit income (cost), excluding service cost | - | 98 | - | 235 | 135 | 117 | - | - | - | 585 | - | 585 |
| Interest income | - | 84 | - | - | - | - | - | - | - | 84 | - | 84 |
| Interest expense | (111) | - | - | (17) | (23) | (1) | - | - | - | (152) | (106) | (258) |
| Reorganization items, net | 10 | (5,412) | - | 215 | 4 | 5 | - | - | - | (5,178) | - | (5,178) |
| Other, net | - | (56) | - | - | 24 | - | - | - | - | (32) | 56 | 24 |
| Total other income (expense) | (101) | (5,286) | - | 433 | 140 | 121 | - | - | - | (4,693) | (50) | (4,743) |
| Income (loss) before income tax provision and earnings from unconsolidated affiliates | 417 | (8,446) | (155) | 2,385 | 3,570 | 6,960 | (1,272) | (41) | (515) | 2,903 | (50) | 2,853 |
| Income tax benefit (expense) | - | - | - | - | - | - | - | - | - | - | - | - |
| Income (loss) from unconsolidated affiliates, net of tax | - | - | - | - | - | - | - | (3) | - | (3) | - | (3) |
| Net income (loss) | 417 | (8,446) | (155) | 2,385 | 3,570 | 6,960 | (1,272) | (44) | (515) | 2,900 | (50) | 2,850 |
| **Other comprehensive income (loss)** | | | | | | | | | | | | |
| Postretirement medical plan termination | - | - | (585) | - | - | - | - | - | - | (585) | - | (585) |
| Income tax on postretirement medical plan | - | - | 135 | - | - | - | - | - | - | 135 | - | 135 |
| Other comprehensive income (loss) | - | - | (450) | - | - | - | - | - | - | (450) | - | (450) |
| Total comprehensive income (loss) | $ 417 | $ (8,446) | $ (605) | $ 2,385 | $ 3,570 | $ 6,960 | $ (1,272) | $ (44) | $ (515) | $ 2,450 | $ (50) | $ 2,400 |

**Notes to MOR-2**

Due to the presentation of rounded amounts, table may reflect insignificant rounding differences.
(1) Includes Cordero Mining LLC, Cordero Oil and Gas LLC, and Caballo Rojo LLC
(2) Includes Spring Creek Coal LLC, Arrowhead I LLC, Big Metal Coal Co. LLC, and Youngs Creek Mining Company LLC
(3) Includes Kennecott Coal Sales LLC, NERCO Coal Sales LLC, Prospect Land and Development LLC, Resource Development LLC, and Sequatchie Valley Coal Corporation
(4) The following Debtors are inactive:  Arrowhead II LLC, Arrowhead III LLC, Caballo Rojo Holdings LLC, Cloud Peak Energy Finance Corp., Cloud Peak Energy Logistics I LLC, Cordero Mining Holdings LLC, NERCO LLC, NERCO Coal LLC, Western Mineral LLC, Youngs Creek Holdings I LLC, Youngs Creek Holdings II LLC

Case No. (Jointly Administered): 19-11047
Reporting Period: July 1 — July 31, 2019
Federal Tax I.D.: #26-3088162

Statement of Operations
(Amounts in Thousands)

**Notes to MOR-2**

Restructuring items, net for the month ended July 31, 2019 consisted of the following:

| | |
|---|---:|
| Gain on settlement of liabilities subject to compromise | $ 250 |
| Interest income | 10 |
| Write-off of debt issuance costs | 202 |
| Advisor fees | (4,420) |
| Other Restructuring | (1,220) |
| | $ (5,178) |

Advisor fees are only those that are directly related to the restructuring and include fees associated with advisors to certain secured and unsecured creditors.

| In re: Cloud Peak Energy Inc. | MOR-3 |
|---|---|
| Case No. (Jointly Administered): 19-11047 | Balance Sheet — Assets |
| Reporting Period: As of July 31, 2019 | (Amounts in thousands) |
| Federal Tax I.D.: #26-3088162 | |

| | Cloud Peak Energy Inc | Cloud Peak Energy Resources | Cloud Peak Energy Services Company | Antelope Coal, LLC | Cordero Rojo Mine Complex[1] | Spring Creek Complex[2] | Cloud Peak Energy Logistics LLC | Smaller Entities[3] | Debtor Eliminations | Total Debtor Entities | Non-Debtor Entity | Consolidated Cloud Peak Energy Inc.[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current assets** | | | | | | | | | | | | |
| Cash and cash equivalents | $ - | $ 67,241 | $ 156 | $ 1 | $ 2 | $ - | $ - | $ - | $ - | $ 67,400 | $ - | $ 67,400 |
| Restricted cash | 6,016 | - | 13,235 | - | - | - | - | - | - | 19,251 | - | 19,251 |
| Accounts receivable | - | - | - | 162 | 314 | 53 | 23,282 | - | - | 23,811 | 33,297 | 57,108 |
| Due from related parties | - | - | - | - | - | - | - | - | 47,594 | 47,594 | - | 47,594 |
| Inventories, net | - | - | 10,410 | 24,006 | 17,714 | 12,738 | 1,792 | - | (835) | 65,825 | - | 65,825 |
| Derivative financial instruments | - | - | - | - | - | - | - | - | - | - | - | - |
| Income tax receivable | 7,944 | - | - | - | - | - | - | - | - | 7,944 | - | 7,944 |
| Other prepaid and deferred charges | 3,280 | - | 1,085 | 2,047 | 2,237 | 2,771 | 17,293 | 80 | - | 28,793 | - | 28,793 |
| Other assets | - | - | 80 | - | - | - | - | - | - | 80 | - | 80 |
| Total current assets | $ 17,240 | $ 67,241 | $ 24,966 | $ 26,216 | $ 20,267 | $ 15,562 | $ 42,367 | $ 80 | $ 46,759 | $ 260,698 | $ 33,297 | $ 293,995 |
| **Noncurrent assets** | | | | | | | | | | | | |
| Property, plant and equipment, net | $ - | $ 2,299 | $ - | $ 487,021 | $ 16,725 | $ 118,835 | $ - | $ 5,443 | $ - | $ 630,323 | $ - | $ 630,323 |
| Goodwill | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred income taxes | - | - | 135 | - | - | - | - | - | - | 135 | - | 135 |
| Income tax receivable | 7,884 | - | - | - | - | - | - | - | - | 7,884 | - | 7,884 |
| Restricted cash | - | - | - | - | - | - | - | - | - | - | 19,930 | 19,930 |
| Other assets | 48 | 988 | 6,073 | 3,720 | - | 795 | 1,796 | 2,648 | - | 16,068 | 1,028 | 17,096 |
| Total Assets | $ 25,172 | $ 70,528 | $ 31,174 | $ 516,957 | $ 36,992 | $ 135,192 | $ 44,163 | $ 8,171 | $ 46,759 | $ 915,108 | $ 54,255 | $ 969,363 |

**Notes to MOR-3**

Due to the presentation of rounded amounts, table may reflect insignificant rounding differences.
(1) Includes Cordero Mining LLC, Cordero Oil and Gas LLC, and Caballo Rojo LLC
(2) Includes Spring Creek Coal LLC, Arrowhead I LLC, Big Metal Coal Co. LLC, and Youngs Creek Mining Company LLC
(3) Includes Kennecott Coal Sales LLC, NERCO Coal Sales LLC, Prospect Land and Development LLC, Resource Development LLC, and Sequatchie Valley Coal Corporation
(4) The following Debtors are inactive: Arrowhead II LLC, Arrowhead III LLC, Caballo Rojo Holdings LLC, Cloud Peak Energy Finance Corp., Cloud Peak Energy Logistics I LLC, Cordero Mining Holdings LLC, NERCO LLC, NERCO Coal LLC, Western Mineral LLC, Youngs Creek Holdings I LLC, Youngs Creek Holdings II LLC

In re: Cloud Peak Energy Inc.  
Case No. (Jointly Administered): 19-11047  
Reporting Period: As of July 31, 2019  
Federal Tax I.D.: #26-3088162  

MOR-3  
Balance Sheet — Liabilities + Equity  
(Amounts in thousands)

| | Cloud Peak Energy Inc | Cloud Peak Energy Resources | Cloud Peak Energy Services Company | Antelope Coal, LLC | Cordero Rojo Mine Complex[1] | Spring Creek Complex[2] | Cloud Peak Energy Logistics LLC | Smaller Entities[3] | Debtor Eliminations | Total Debtor Entities | Non-Debtor Entity | Consolidated Cloud Peak Energy Inc.[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current liabilities** | | | | | | | | | | | | |
| Accounts payable | $ - | $ - | $ 11,904 | $ 9,052 | $ 2,711 | $ 3,244 | $ 21,129 | $ 24 | $ - | $ 48,064 | $ 149 | $ 48,212 |
| Royalties and production taxes | - | - | - | 7,549 | 3,626 | 5,852 | - | - | - | 17,027 | - | 17,027 |
| Accrued expenses | 191 | - | 13,952 | 7,675 | 3,326 | 2,420 | - | 1,014 | - | 28,578 | - | 28,578 |
| Due to related parties | - | - | - | - | - | - | - | - | - | - | 47,665 | 47,665 |
| Current portion of federal coal lease obligations | - | - | - | - | - | - | - | - | - | - | - | - |
| Debtor-in-possession financing | 11,424 | - | - | - | - | - | - | - | - | 11,424 | - | 11,424 |
| Other liabilities | - | - | - | 1,104 | 187 | 173 | - | - | - | 1,464 | - | 1,464 |
| Total current liabilities | $ 11,615 | $ - | $ 25,856 | $ 25,380 | $ 9,850 | $ 11,689 | $ 21,129 | $ 1,038 | $ - | $ 106,557 | $ 47,814 | $ 154,371 |
| **Noncurrent liabilities** | | | | | | | | | | | | |
| Secured notes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Federal coal lease obligations, net of current portion | - | - | - | - | - | - | - | - | - | - | - | - |
| Asset retirement obligations, net of current portion | - | - | - | 26,818 | 30,115 | 33,800 | - | 5,031 | - | 95,764 | - | 95,764 |
| Accumulated postretirement medical benefit obligation, | - | - | - | - | - | - | - | - | - | - | - | - |
| Royalties and production taxes | - | - | - | 3,034 | 1,268 | 1,313 | - | - | - | 5,615 | - | 5,615 |
| Other liabilities | - | - | - | - | 19 | 105 | - | - | - | 124 | - | 124 |
| Total liabilities not subject to compromise | $ 11,615 | $ - | $ 25,856 | $ 55,232 | $ 41,252 | $ 46,907 | $ 21,129 | $ 6,069 | $ - | $ 208,060 | $ 47,814 | $ 255,874 |
| Liabilities subject to compromise | $ 60,039 | $ 355,562 | $ 203,482 | $ (48,228) | $ (41,690) | $ (42,742) | $ (16,944) | $ (6,574) | $ 47,497 | $ 510,402 | $ - | $ 510,402 |
| Total liabilities | $ 71,654 | $ 355,562 | $ 229,338 | $ 7,004 | $ (438) | $ 4,165 | $ 4,185 | $ (505) | $ 47,497 | $ 718,462 | $ 47,814 | $ 766,276 |
| **Equity** | | | | | | | | | | | | |
| Common stock | $ 765 | $ (200) | $ - | $ 1 | $ 201 | $ 1 | $ 1 | $ (4) | $ - | $ 765 | $ - | $ 765 |
| Treasury stock, at cost | (6,498) | - | - | - | - | - | - | - | - | (6,498) | - | (6,498) |
| Additional paid-in capital | 170,799 | 538,168 | 377,758 | (273,183) | (85,159) | 45,966 | 34,245 | (157,808) | - | 650,786 | 8,500 | 659,286 |
| Retained earnings | (211,549) | (823,003) | (585,245) | 783,135 | 122,388 | 85,061 | 5,732 | 166,488 | (737) | (457,730) | (2,060) | (459,790) |
| Accumulated other comprehensive income (loss) | - | - | 9,324 | - | - | - | - | - | - | 9,324 | - | 9,324 |
| Total equity | $ (46,483) | $ (285,035) | $ (198,163) | $ 509,953 | $ 37,430 | $ 131,028 | $ 39,978 | $ 8,676 | $ (737) | $ 196,647 | $ 6,440 | $ 203,087 |
| Total liabilities and equity | $ 25,171 | $ 70,527 | $ 31,174 | $ 516,957 | $ 36,992 | $ 135,193 | $ 44,163 | $ 8,171 | $ 46,760 | $ 915,108 | $ 54,255 | $ 969,363 |

**Notes to MOR-3**

Due to the presentation of rounded amounts, table may reflect insignificant rounding differences.

(1) Includes Cordero Mining LLC, Cordero Oil and Gas LLC, and Caballo Rojo LLC
(2) Includes Spring Creek Coal LLC, Arrowhead I LLC, Big Metal Coal Co. LLC, and Youngs Creek Mining Company LLC
(3) Includes Kennecott Coal Sales LLC, NERCO Coal Sales LLC, Prospect Land and Development LLC, Resource Development LLC, and Sequatchie Valley Coal Corporation
(4) The following Debtors are inactive: Arrowhead II LLC, Arrowhead III LLC, Caballo Rojo Holdings LLC, Cloud Peak Energy Finance Corp., Cloud Peak Energy Logistics I LLC, Cordero Mining Holdings LLC, NERCO LLC, NERCO Coal LLC, Western Mineral LLC, Youngs Creek Holdings I LLC, Youngs Creek Holdings II LLC

**Case No. (Jointly Administered): 19-11047**
**Reporting Period: As of July 31, 2019**
**Federal Tax I.D.: #26-3088162**

<b>Balance Sheet</b><br/>(Amounts in Thousands)

**Notes to MOR-3:**

Liabilities subject to compromise consist of the following (in thousands):

|  | July 31, 2019 |
|---|---:|
| Secured notes | $ 406,941 |
| Royalties and production and property taxes | 55,262 |
| Accrued expenses | 20,598 |
| Accounts payable | 20,771 |
| Other liabilities | 5,426 |
| Federal coal lease obligations | 1,404 |
| Due to related party | - |
|  | $ 510,402 |

**In re: Cloud Peak Energy Inc.**
**Case No. (Jointly Administered): 19-11047**
**Reporting Period: As of July 31, 2019**
**Federal Tax I.D.: #26-3088162**

MOR-4a

**Listing of Aged Postpetition Accounts Payable**
**(Amounts in thousands)**

|  | **0-30 Days Old** | **31-60 Days Old** | **61-90 Days Old** | **91+ Days Old** | **Total** |
|---|---|---|---|---|---|
| Trade Payables | $44,396 | $3,816 | $0 | $0 | $48,212 |
| Other Payables | $0 | $0 | $0 | $0 | $0 |
| **Total Accounts Payables** | $44,396 | $3,816 | $0 | $0 | $48,212 |

**Notes to MOR-4a**

The amounts in MOR-4a are consolidated for Debtor and non-Debtor entities.

In re: Cloud Peak Energy Inc.
Case No. (Jointly Administered): 19-11047
Reporting Period: As of July 31, 2019
Federal Tax I.D.: #26-3088162

MOR-5

**Accounts Receivable Postpetition Reconciliation and Aging**
**(Amounts in thousands)**

|  | 0-30 Days Old | 31-60 Days Old | 61-90 Days Old | 91+ Days Old | Total |
|---|---|---|---|---|---|
| Coal Sales | $56,467 | $0.3 | $0 | $(9) | $56,458 |
| Other Receivables | 650 | 0 | 0 | 0 | $650 |
| **Total Accounts Receivable** | $57,118 | $0.3 | $0 | $(9) | $57,108 |

**Notes to MOR-5**

The amounts in MOR-5 are consolidated for Debtor and non-Debtor entities.

In re: Cloud Peak Energy Inc.                                                                                              MOR-6

Case No. (Jointly Administered): 19-11047
Reporting Period: July 1, 2019 - July 31, 2019
Federal Tax I.D.: #26-3088162

**Schedule of Payments to Professionals**
**(Amounts in thousands)**

| Professional | Role | Amount Paid 07/01/19 07/31/19 | Cumulative Thru 07/31/19 |
|---|---|---|---|
| Centerview Partners LLC | Debtor Investment Banker | - | - |
| FTI Consulting, Inc. | Debtor Financial Advisor | - | - |
| Richards, Layton & Finger, PA | Debtor Local Counsel | - | - |
| Vinson & Elkins LLP | Debtor National Counsel | - | - |
| Prime Clerk | Debtor Claims Agent | 103 | 247 |
| Davis Polk & Wardwell LLP | Secured Notes Counsel | 736 | 1,565 |
| Morris, Nichols, Arsht & Tunnell LLP | Secured Notes Local Counsel | 58 | 58 |
| Nixon Peabody LLP | Secured Notes Trustee Counsel | 148 | 148 |
| Houlihan Lokey, Inc. | Secured Notes Financial Advisor | 302 | 457 |
| Morrison & Foerster LLP | UCC National Counsel | - | - |
| Jefferies LLC | UCC Financial Advisor | - | - |

**Secured Notes Adequate Protection Payments**
**(Amounts in thousands)**

| Principal | Beginning Balance | Advances | Repayments | Other | Ending Balance |
|---|---|---|---|---|---|
| DIP Term Loan | $10,000 | $0 | $0 | $0 | $10,000 |
| Secured Notes | $308,659 | $0 | $0 | $0 | $308,659 |
| Total | $318,659 | $0 | $0 | $0 | $318,659 |

| Accrued Interest/Fees | Beginning Balance | Interest and Fees Incurred | Payments | Other | Ending Balance |
|---|---|---|---|---|---|
| DIP Term Loan | $1,313 | $111 | $0 | $0 | $1,424 |
| Secured Notes | $0 | $0 | $0 | $0 | $0 |
| Total | $1,313 | $111 | $0 | $0 | $1,424 |

**Notes to MOR 6**

Professional fees do not include payments to other professionals or consultants that are paid in the ordinary course of business. The 12.00% second lien secured notes due 2021 (the "Secured Notes,") beginning balance principal amount is comprised of the Secured Notes' original face value amount plus accrued interest as of the Petition Date. It does not reflect the carrying values or other accounting treatments as recorded on the balance sheet (MOR 3).

In re: Cloud Peak Energy Inc. MOR-7

Case No. (Jointly Administered): 19-11047
Reporting Period: July 2019
Federal Tax I.D.: #26-3088162

### Debtor Questionnaire

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No | Explanation |
|---|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? | | ✓ | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation. | ✓ | | • See attestation |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened accounts(s). If an investment account has been opened provide the required documentation pursuant to Delaware Local Rule 4001-3. | ✓ | | • Opened a Bid Deposit Account with PNC ending in 8781 for purposes of bankrutpcy auction procedures. Please refer to MOR-1b for further detail. |

**In re: Cloud Peak Energy Inc.**                                                                                               MOR-7

**Case No. (Jointly Administered): 19-11047**
**Reporting Period: July 2019**
**Federal Tax I.D.: #26-3088162**

## Report of Other Significant Events

| Provide date(s) and brief narrative description for any significant management, legal, accounting or other financial events which occurred during the month that are not otherwise reported previously in this document |
|---|
|  |



July 31, 2019

Office of the United States Trustee

Subject: <u>Attestation Regarding Payment of Postpetition Taxes</u>

Cloud Peak Energy Inc. and certain of its affiliates that filed voluntary petitions for relief under chapter 11 of title 11 of the United States Bankruptcy Code in the Bankruptcy Court for the District of Delaware on May 10, 2019 (collectively, the "**Debtors**") hereby submit this attestation regarding taxes incurred postpetition by the Debtors (the "**Postpetition Taxes**").

To the best of the Debtors' knowledge, as of the date hereof, (i) all Postpetition Taxes that are not subject to dispute or reconciliation are current and (ii) there are no material disputes or reconciliations with respect to the Postpetition Taxes. For the purpose of this attestation, "Postpetition Taxes" is meant to encompass severance taxes, coal excise taxes, sales and use taxes, employment and wage-related taxes, franchise taxes and fees, property taxes, foreign taxes, income taxes, and other taxes incurred postpetition by the Debtors.

*[signature]*

Name: Heath Hill
Position: Executive Vice President & Chief Financial Officer

Sworn to and Subscribed before me on this 26 day of August, 2019.

*[signature: Anita Gallatin]*
Notary Public

My Commission Expires: June 27, 2021

ANITA GALLATIN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134040438
MY COMMISSION EXPIRES JUNE 27, 2021