**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CLOUD PEAK ENERGY, INC., et al., | Case No. 19-11047 (KG) <br> (Jointly Administered) |
| Debtors. | |
| | **Obj. Deadline: December 11, 2019 at 4:00 p.m. (ET)** |

**SUMMARY OF SIXTH MONTHLY FEE APPLICATION OF
MORRIS JAMES LLP, CO-COUNSEL FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF
OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| | |
|---|---|
| Name of Applicant: | Morris James LLP |
| Authorized to Provide <br> Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | May 22, 2019 |
| Period for which compensation <br> and reimbursement is sought: | October 1, 2019 through October 31, 2019 |
| Amount of Compensation sought as <br> actual, reasonable and necessary <br> legal services rendered: | $17,785.50 |
| Amount of Expense Reimbursement <br> sought as actual, reasonable and <br> necessary: | $44.40 |

This is a(n):   __X__ monthly   ____ interim   ____ final application

| Dated Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 7/25/19 [D.I. 509] | May 22, 2019 – June 30, 2019 | $60,217.75 | $3,111.45 | $48,174.20 | $3,111.45 |
| 8/28/19 [D.I. 617] | July 1, 2019 – July 31, 2019 | $39,203.50 | $1,052.40 | $31,362.80 | $1,052.40 |
| 9/26/19 [D.I. 660] | August 1, 2019 – August 31, 2019 | $23,964.70 | $178.20 | $19,029.20 | $178.20 |
| 10/23/19 [D.I. 755] | September 1, 2019 – September 30, 2019 | $10,013.50 | $9.40[1] | $8,010.80 | $9.40 |

---

[1] The amount plus an additional $580.83 for Committee member expenses

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CLOUD PEAK ENERGY, INC., et al., | Case No. 19-11047 (KG) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: December 11, 2019 at 4:00 p.m. (ET)** |

**SIXTH MONTHLY FEE APPLICATION OF MORRIS JAMES LLP,
CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

Morris James LLP ("Morris James"), co-counsel to the official committee of unsecured creditors (the "Committee") of Cloud Peak Energy Inc. et al., the debtors in the above-captioned chapter 11 cases (collectively, the "Debtors"), hereby submits its monthly fee application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting interim compensation in the amount of $17,785.50 and reimbursement of expenses in the amount $44.40 for the period from October 1, 2019 through October 31, 2019, (the "Compensation Period"), and in support thereof, Morris James respectfully represents as follows:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).

2.      Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.

3.      The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

**BACKGROUND**

4. On May 10, 2019, (the "Petition Date"), the above-captioned jointly administered debtors (the "Debtors") commenced the above-captioned bankruptcy cases (the "Chapter 11 Cases") by filing voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

5. The Debtors have continued in the possession of their property and have continued to operate and manage its business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Chapter 11 Cases.

6. On May 22, 2019, the United States Trustee for the District of Delaware (the "United States Trustee") appointed the seven (7) member Committee pursuant to section 1102(a)(1) of the Bankruptcy Code, and, on May 22, 2019, the Committee selected Morrison & Foerster LLP ("Morrison & Foerster") and Morris James to serve as co-counsel to the Committee.

7. On May 22, 2019, the Debtors filed a Motion for Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a) and Local Rule 2016-2, Establishing Procedures for Interim Compensation and Reimbursement of Professionals (the "Administrative Compensation Motion") [Docket No. 154], and on June 11, 2019, the Court entered an Order approving the Administrative Compensation Motion (the "Administrative Compensation Order") [Docket No. 243].

8. On June 11, 2019, the Committee filed an application seeking the retention of Morris James as co-counsel for the Committee nunc pro tunc to May 22, 2019 [Docket No. 249].

2

9.      On June 28, 2019, this Court entered an Order [Docket No. 361] approving the retention of Morris James as counsel to the Committee, nunc pro tunc to May 22, 2019.

10.     Attached hereto as **Exhibit A** is a full and detailed statement describing the services rendered by each professional and paraprofessional at Morris James during the Compensation Period.

11.     The total sum due to Morris James for professional services rendered on behalf Committee during for the Compensation Period is $17,785.50.  Morris James submits that the professional services it rendered on behalf of the Committee during this time were reasonable and necessary.

12.     Morris James incurred $44.40 of expenses during the Compensation Period.  A chart detailing the specific disbursements is attached hereto as **Exhibit B**.

13.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements, including that travel time was not billed at more than half rate and copying charges were only $.10 per page.

*[The remainder of this page is intentionally left blank.]*

3

WHEREFORE, Morris James hereby requests pursuant to the procedures allowed in the Administrative Compensation Order: (i) interim allowance of compensation for necessary and valuable professional services rendered to the Committee in the sum of $17,785.50 and reimbursement of expenses in the sum of $44.40 for the period from October 1, 2019 through October 31, 2019; (ii) payment in the total amount of $14,272.80 (representing 80% of the total fees ($14,228.40) billed and 100% of the expenses $44.40 incurred during the Application Period); and (iii) such other relief as this Court deems just and proper.

Dated: November 21, 2019

**MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Carl N. Kunz, III, Esq. (DE Bar No. 3201)
Eric J. Monzo, Esq. (DE Bar No. 5214)
Brya M. Keilson, Esq. (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

-and-

**MORRISON & FOERSTER LLP**
Lorenzo Marinuzzi, Esquire
Jennifer L. Marines, Esquire
Todd M. Goren, Esquire
Daniel J. Harris, Esquire
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: lmarinuzzi@mofo.com
E-mail: jmarines@mofo.com
E-mail: tgoren@mofo.com
E-mail: dharris@mofo.com
*Counsel to the Official Committee of*
*Unsecured Creditors*

4