**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CLOUD PEAK ENERGY INC., <u>et al.</u>,[1] | Case No. 19-11047 (KG) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: December 16, 2019 at 4:00 p.m. (ET)** |

**SUMMARY OF SIXTH MONTHLY FEE APPLICATION OF MORRISON & FOERSTER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR <u>THE PERIOD FROM OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019</u>**

| | |
|---|---|
| Name of Applicant: | Morrison & Foerster, LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors (the "<u>Committee</u>") |
| Date of Retention: | June 28, 2019 *(Nunc Pro Tunc* to May 22, 2019) |
| Period for which compensation and reimbursement is sought: | October 1, 2019 through October 31, 2019 |
| Amount of Compensation sought as actual, reasonable and necessary: | $325,067.00 (80% = $260,053.60) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $4,323.05 |

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Antelope Coal LLC (8952); Arrowhead I LLC (3024); Arrowhead II LLC (2098); Arrowhead III LLC (9696); Big Metal Coal Co. LLC (0200); Caballo Rojo LLC (9409); Caballo Rojo Holdings LLC (4824); Cloud Peak Energy Finance Corp. (4674); Cloud Peak Energy Inc. (8162); Cloud Peak Energy Logistics LLC (7973); Cloud Peak Energy Logistics I LLC (3370); Cloud Peak Energy Resources LLC (3917); Cloud Peak Energy Services Company (9797); Cordero Mining LLC (6991); Cordero Mining Holdings LLC (4837); Cordero Oil and Gas LLC (5726); Kennecott Coal Sales LLC (0466); NERCO LLC (3907); NERCO Coal LLC (7859); NERCO Coal Sales LLC (7134); Prospect Land and Development LLC (6404); Resource Development LLC (7027); Sequatchie Valley Coal Corporation (9113); Spring Creek Coal LLC (8948); Western Minerals LLC (3201); Youngs Creek Holdings I LLC (3481); Youngs Creek Holdings II LLC (9722); Youngs Creek Mining Company, LLC (5734). The location of the Debtors' service address is 385 Interlocken Crescent, Suite 400, Broomfield, Colorado 80021.

This is a(n): _X_ Monthly _____ Interim _____ Final
Fee Application

**Prior Monthly Fee Applications Filed**

| Date Submitted and ECF No. | Period Covered | Total Fees and Expenses Requested | Amount Requested | | Amounts Paid | |
|---|---|---|---|---|---|---|
| | | | Fees (100%) | Expenses (100%) | Fees | Expenses |
| 7/15/2019<br><br>ECF No. 456 | 5/22/2019 – 5/31/2019 | $259,668.19 | $258,705.00 | $963.19 | $258,705.00 | $963.19 |
| 7/25/2019<br><br>ECF No. 504 | 6/1/2019 – 6/30/2019 | $589,920.28 | $579,858.00 | $10,062.28 | $579,858.00 | $10,062.28 |
| 8/28/2019<br><br>ECF No. 616 | 7/1/2019 – 7/31/2019 | $592,583.15 | $583,451.25 | $9,131.90 | $583,451.25 | $9,131.90 |
| 9/26/2019<br><br>ECF No. 659 | 8/1/2019 – 8/31/2019 | $383,928.95 | $377,508.25 | $6,420.70 | $377,508.25 | $6,420.70 |
| 10/23/2019<br><br>ECF No. 754 | 9/1/2019 – 9/30/2019 | $183,333.17 | $178,070.00 | $5,263.17 | $142,456.00 | $5,263.17 |
| **Totals:** | | **$2,009,433.74** | **$1,977,592.50** | **$31,841.24** | **$1,941,978.50** | **$31,841.24** |

**SUMMARY OF PROFESSIONAL SERVICES RENDERED
BY MORRISON & FOERSTER ON BEHALF OF THE
COMMITTEE DURING THE COMPENSATION PERIOD**

| Name of Professional Person | Department, Date of First Admission *or* Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Partners and Of Counsel** | | | | |
| Goren, Todd M. | Dep't:  Business Restructuring & Insolvency Group[2] Admission:  2003 | $1,150.00 | 46.20 | $53,130.00 |
| Marines, Jennifer L. | Dep't:  BRIG Admission:  2005 | $1,100.00 | 58.30 | $64,130.00 |
| Marinuzzi, Lorenzo | Dep't:  BRIG Admission:  1996 | $1,300.00 | 28.30 | $36,790.00 |
| Dopsch, Peter C. | Dep't:  Finance Admission:  1983 | $1,150.00 | 5.30 | $6,095.00 |
| Lightner, Mark Alexander | Dep't:  BRIG Admission:  2009 | $925.00 | 53.90 | $49,857.50 |
| **Associates and Attorneys** | | | | |
| Gupta, Aarti | Dep't:  BRIG Admission:  2018 | $550.00 | 56.50 | $31,075.00 |
| Harris, Daniel J. | Dep't:  BRIG Admission:  2008 | $895.00 | 55.60 | $49,762.00 |
| Heo, Min W. | Dep't:   Finance Admission:  2015 | $750.00 | 6.30 | $4,725.00 |
| Richardson Arnould, Katherine | Dep't:  BRIG Admission:  Pending | $525.00 | 61.80 | $32,445.00 |
| William, Sherry A. | Dep't:  Finance Admission:  2011 | $835.00 | 6.00 | $5,010.00 |
| **Paralegals and Non-Legal Staff** | | | | |
| Guido, Laura | Dep't:  BRIG Title:  Senior Paralegal Years in Position:  11.5 | $375.00 | 8.70 | 3,262.50 |
| **Total Incurred:** | | | **386.90** | **$336,282.00** |
| **Less Client Accommodation for Non-Working Travel (50% of Fees Incurred):** | | | **n/a** | **$(6,055.00)** |

---

[2] Hereinafter referred to as "BRIG".

| Name of Professional Person | Department, Date of First Admission *or* Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | | | n/a | $(5,160.00) |
| **Total Requested:** | | | **386.90** | **$325,067.00** |

### Total Partners, Of Counsel, Associates and Paraprofessionals

| PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,093.76 | 192.0 | $210,002.50 |
| Associates and Attorneys | $660.67 | 186.2 | $123,017.00 |
| **Total Incurred by All Attorneys:** | **$880.53** | **378.2** | **$333,019.50** |
| Less Client Accommodation for Non-Working Travel (50% of Fees Incurred): | n/a | n/a | $(6,055.00) |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | n/a | n/a | $(5,160.00) |
| **Blended Attorney Rate:** | **$850.88** | **378.2** | **$321,804.50** |
| Paraprofessionals and Non-Legal Staff | $375.00 | 8.70 | $3,262.50 |
| **Total Requested:** | **$840.18** | **386.90** | **$325,067.00** |

### SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY MORRISON & FOERSTER ON BEHALF OF THE COMMITTEE DURING THE COMPENSATION PERIOD[3]

| Project Category | Description | Hours | Amount |
|---|---|---|---|
| 002 | Asset Disposition | 16.60 | $13,352.00 |
| 003 | Assumption and Rejection of Leases and Contracts | 6.10 | $5,266.00 |
| 007 | Case Administration | 14.30 | $9,747.50 |
| 008 | Claims Administration and Objection | 14.20 | $13,027.50 |
| 010 | Employee Benefits and Pensions | 42.40 | $35,059.50 |
| 011 | Employment and Fee Applications | 10.70 | $8,094.00 |
| 013 | Financing and Cash Collateral | 10.20 | $9,658.00 |
| 015 | Meetings and Communications with Creditors | 22.50 | $18,312.50 |
| 016 | Non-Working Travel | 10.80 | $12,110.00 |
| 017 | Plan and Disclosure Statement | 179.40 | $164,799.50 |
| 019 | Relief from Stay and Adequate Protection | 5.00 | $4,970.00 |
| 024 | Hearings | 21.60 | $16,078.50 |
| 027 | Lien Investigation | 16.60 | $14,976.00 |
| 030 | Schedules and Statements | 1.40 | $757.50 |
| 031 | Insurance | 5.60 | $4,913.50 |
| 032 | Time Entry Review | 9.50 | $5,160.00 |
| **Total Incurred:** | | **386.9** | **$336,282.00** |
| **Less Client Accommodation for Non-Working Travel (50% of Fees Incurred):** | | **n/a** | **$(6,055.00)** |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | **n/a** | **$(5,160.00)** |
| **Total Requested:** | | **386.9** | **$325,067.00** |

---

[3] The subject matter of certain time entries may be appropriate for more than one project category. In such cases, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

5

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES
INCURRED BY MORRISON & FOERSTER ON BEHALF OF
THE COMMITTEE DURING THE COMPENSATION PERIOD**

| Expenses Category | Total Expenses |
|---|---|
| Business Meals | $256.64 |
| Epiq eDiscovery Managed Services | $135.07 |
| Meals | $9.68 |
| Miscellaneous Disbursement - Court Filing Service - CourtCall | $134.00 |
| On-line Research - LEXIS | $135.80 |
| On-line Research - OTHER DATABASE - pacer | $105.34 |
| On-line Research - WESTLAW | $1,870.40 |
| Postage | $13.60 |
| Reporting Fees | $475.00 |
| Transportation | $162.05 |
| Travel | $985.47 |
| Travel Meals | $40.00 |
| **Total:** | **$4,323.05** |

6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CLOUD PEAK ENERGY INC., <u>et al.</u>,[1]<br><br>                       Debtors. | Chapter 11<br><br>Case No. 19-11047 (KG)<br><br>(Jointly Administered)<br><br>**Obj. Deadline:  December 16, 2019 at 4:00 p.m. (ET)** |

**SIXTH MONTHLY FEE APPLICATION OF MORRISON & FOERSTER LLP AS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
<u>FOR THE PERIOD FROM OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019</u>**

Morrison & Foerster LLP ("<u>Morrison & Foerster</u>" or the "<u>Applicant</u>"), counsel to the

Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Cloud Peak Energy Inc., *et al*.

(collectively, the "<u>Debtors</u>") hereby applies (the "<u>Application</u>"), pursuant to sections 330, 331 and

1103 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "<u>Bankruptcy Code</u>"), Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "<u>Local Rules</u>"), and the *Order Establishing Procedures for Interim*

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Antelope Coal LLC (8952); Arrowhead I LLC (3024); Arrowhead II LLC (2098); Arrowhead III LLC (9696); Big Metal Coal Co. LLC (0200); Caballo Rojo LLC (9409); Caballo Rojo Holdings LLC (4824); Cloud Peak Energy Finance Corp. (4674); Cloud Peak Energy Inc. (8162); Cloud Peak Energy Logistics LLC (7973); Cloud Peak Energy Logistics I LLC (3370); Cloud Peak Energy Resources LLC (3917); Cloud Peak Energy Services Company (9797); Cordero Mining LLC (6991); Cordero Mining Holdings LLC (4837); Cordero Oil and Gas LLC (5726); Kennecott Coal Sales LLC (0466); NERCO LLC (3907); NERCO Coal LLC (7859); NERCO Coal Sales LLC (7134); Prospect Land and Development LLC (6404); Resource Development LLC (7027); Sequatchie Valley Coal Corporation (9113); Spring Creek Coal LLC (8948); Western Minerals LLC (3201); Youngs Creek Holdings I LLC (3481); Youngs Creek Holdings II LLC (9722); Youngs Creek Mining Company, LLC (5734). The location of the Debtors' service address is 385 Interlocken Crescent, Suite 400, Broomfield, Colorado 80021.

*Compensation and Reimbursement of Expenses of Professionals* [Docket No. 243] (the "Interim Compensation Order")[2], and the *Order Authorizing the Retention and Employment of Morrison & Foerster LLP as Counsel to the Official Committee of Unsecured Creditors* Nunc Pro Tunc *to May 22, 2019* [Docket No. 362] (the "Retention Order"), for allowance of compensation for services rendered, in the amount of $325,067.00, and reimbursement of expenses, in the amount of $4,323.05, for the period from October 1, 2019 through October 31, 2019 (the "Compensation Period"). The total compensation sought represents 386.9 hours of professional attorney and paraprofessional services with a blended hourly rate of approximately $840.18. In support of this Application, Morrison & Foerster represents the following:

<strong>JURISDICTION AND VENUE</strong>

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Debtors confirm their consent pursuant to Local Rule 9013-l(f) to the entry of a final order by this Court in connection with this Application to the extent that it is later determined that this Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory bases for the relief requested herein are sections 330, 331 and 1103 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-2.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

**BACKGROUND**

A.       **The Chapter 11 Cases**

4.       On May 10, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases"). The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' Chapter 11 Cases are being jointly administered pursuant to Bankruptcy Rule 1015(b). No trustee or examiner has been appointed in the Chapter 11 Cases.

5.       On May 22, 2019, (the "Formation Date"), the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") filed the *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 143]. The Committee consists of: (a) BOKF, National Association; (b) Nelson Brothers Mining Services, LLC; (c) Wyoming Machinery Company; (d) Cummins Inc.; (e) ESCO Group, LLC; (f) Tractor & Equipment Co.; and (g) Kennebec Global.

B.       **The Retention of Morrison & Foerster**

6.       On June 11, 2019, the Committee filed the *Application for Entry of an Order Authorizing the Retention and Employment of Morrison & Foerster LLP as Counsel to the Official Committee of Unsecured Creditors* Nunc Pro Tunc *to May 22, 2019* [Docket No. 248] (the "Retention Application"). On June 28, 2019, the Court entered the Retention Order [Docket No. 362].

7.       Pursuant to the Retention Order, Morrison & Foerster was employed to represent the Committee in connection with these Chapter 11 Cases, *nunc pro tunc* to May 22, 2019. The Retention Order authorized Morrison & Foerster to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses. All services for which compensation

3

and expense reimbursement is requested by Morrison & Foerster were performed for or on behalf of the Committee.

### C.      The Interim Compensation Order

8.      On June 11, 2019, the Court entered the Interim Compensation Order which sets forth the procedures for interim compensation and reimbursement of expenses in these Chapter 11 Cases.  Specifically, the Interim Compensation Order provides that a Retained Professional may file and serve a Monthly Fee Application on or after the twentieth day of each month, following the month for which compensation is sought.  Provided that no objections to the Monthly Fee Application are filed within 20 days after service of a Monthly Fee Application, the Retained Professional may file a certificate of no objection with the Court, after which the Debtors are authorized to pay such Retained Professional 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Application that are not subject to an Objection.

### RELIEF REQUESTED

9.      Morrison & Foerster makes this Application for allowance of compensation for professional services rendered as counsel to the Committee during the Compensation Period, in the amount of $325,067.00 (less a twenty percent (20%) holdback in the amount of $65,013.40, for a total fee request of $260,053.60), and reimbursement of actual and necessary expenses incurred in the amount of $4,323.05.

### A.      Compensation Requested

10.      Attached hereto as Exhibit A is a detailed itemization, by project category, of all professional services performed by Morrison & Foerster with respect to these Chapter 11 Cases during the Compensation Period.  This detailed itemization complies with Local Rule 2016-2(d) in that each time entry contains a separate time allotment, each time entry contains a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-

tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.[3]

### B.     Expense Reimbursement

11.     Morrison & Foerster incurred actual and necessary out-of-pocket expenses during the Compensation Period in the performance of services rendered as counsel to the Committee. Descriptions of each of these expenses are included in Exhibit A. To the extent such itemization is insufficient to satisfy the requirements of Local Rule 2016-2(e)(ii), Morrison & Foerster respectfully requests that the Court waive strict compliance with such Local Rule.

12.     Pursuant to Local Rule 2016-2, Morrison & Foerster represents that its rate for copying charges is $.10 per page and that computer-assisted legal research is billed at standard rates less a percentage discount that is assessed and adjusted periodically based on the market. Morrison & Foerster has not billed the Committee for any facsimile transmissions.

### VALUATION OF SERVICES

13.     The amount of time spent by each of Morrison & Foerster's professionals in providing services to the Committee during the Compensation Period is set forth in Exhibit A. The rates charged by Morrison & Foerster for these services are its normal hourly rates of compensation for work of this nature.  The reasonable value of the services rendered by Morrison & Foerster for the Compensation Period as counsel to the Committee in these Chapter 11 Cases is $325,067.00.

14.     Morrison & Foerster believes that the time entries and the expense breakdown included in Exhibit A attached hereto are in compliance with the requirements of Local Rule 2016-2.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount

---

[3] In accordance with Del. Bankr. L.R. 2016-2(e)(ii), Morrison & Foerster has reduced its request for compensation of non-working travel by 50% of the normal rate.

requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

15.     This Application covers the Compensation Period.   Morrison & Foerster has performed and will continue to perform additional necessary services subsequent to October 31, 2019, for which Morrison & Foerster will file subsequent fee applications.

### CONCLUSION

WHEREFORE, Morrison & Foerster respectfully requests that allowance be made for compensation in the amount of $325,067.00, less a twenty percent (20%) holdback in the amount of $65,013.40, for a total fee request of $260,053.60 together with reimbursement of expenses in the amount of $4,323.05, and further requests such other and further relief as this Court deems necessary and just.

[*Remainder of page intentionally left blank*]

Dated: November 26, 2019

**MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Carl N. Kunz, III (DE Bar No. 3201)
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

Lorenzo Marinuzzi, Esquire
Jennifer L. Marines, Esquire
Todd M. Goren, Esquire
Daniel J. Harris, Esquire
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: lmarinuzzi@mofo.com
E-mail: jmarines@mofo.com
E-mail: tgoren@mofo.com
E-mail: dharris@mofo.com

*Counsel to the Official Committee of Unsecured Creditors*

7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CLOUD PEAK ENERGY INC., <u>et al.</u>,[1] | Case No. 19-11047 (KG) |
| Debtors. | (Jointly Administered) |
|  | **Obj. Deadline: December 16, 2019 at 4:00 p.m. (ET)** |

<u>**CERTIFICATION**</u>

Jennifer L. Marines, pursuant to 28 U.S.C. § 1746, states as follows:

1.      I am a partner with the law firm of Morrison & Foerster LLP ("<u>Morrison & Foerster</u>") and am admitted to the Bar of the State of New York.

2.      I have personally performed or overseen many of the legal services rendered by Morrison & Foerster LLP, as counsel for the Official Committee of Unsecured Creditors appointed in the above-captioned Chapter 11 Cases (the "<u>Committee</u>"), and am thoroughly familiar with all other work performed on behalf of the Committee by professionals and paraprofessionals in the firm.

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Antelope Coal LLC (8952); Arrowhead I LLC (3024); Arrowhead II LLC (2098); Arrowhead III LLC (9696); Big Metal Coal Co. LLC (0200); Caballo Rojo LLC (9409); Caballo Rojo Holdings LLC (4824); Cloud Peak Energy Finance Corp. (4674); Cloud Peak Energy Inc. (8162); Cloud Peak Energy Logistics LLC (7973); Cloud Peak Energy Logistics I LLC (3370); Cloud Peak Energy Resources LLC (3917); Cloud Peak Energy Services Company (9797); Cordero Mining LLC (6991); Cordero Mining Holdings LLC (4837); Cordero Oil and Gas LLC (5726); Kennecott Coal Sales LLC (0466); NERCO LLC (3907); NERCO Coal LLC (7859); NERCO Coal Sales LLC (7134); Prospect Land and Development LLC (6404); Resource Development LLC (7027); Sequatchie Valley Coal Corporation (9113); Spring Creek Coal LLC (8948); Western Minerals LLC (3201); Youngs Creek Holdings I LLC (3481); Youngs Creek Holdings II LLC (9722); Youngs Creek Mining Company, LLC (5734). The location of the Debtors' service address is 385 Interlocken Crescent, Suite 400, Broomfield, Colorado 80021.

3.      I have read the *Sixth Monthly Fee Application of Morrison & Foerster LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2019 through October 31, 2019*, and know that the contents thereof are, to the best of my knowledge, true and correct information and belief.

4.      No agreement or understanding exists between Morrison & Foerster LLP and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

I certify under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: November 26, 2019

/s/ Jennifer L. Marines
Jennifer L. Marines

2