# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| CLOUD PEAK ENERGY INC., *et al.*, | ) ) ) | Case No. 19 – 11047 (KG) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 5, 2019 AT 9:30 A.M. (ET)[2]

### I. ADJOURNED MATTER:

1. Supplemental Notice of (I) Potential Assumption and Assignment of Contracts and Unexpired Leases and (II) Cure Amounts in Connection Therewith [Docket No. 733 – filed October 18, 2019]

    Objection/Response Deadline:    October 25, 2019 at 4:00 p.m. (ET)

    Objections/Responses Received:

    A.  Wyoming Machinery Company's Limited Objection and Reservation of Rights to the Supplemental Notice of (I) Potential Assumption and Assignment of Contracts and Unexpired Leases and (II) Cure Amounts in Connection Therewith [Docket No. 762 – filed October 25, 2019]

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Antelope Coal LLC (8952); Arrowhead I LLC (3024); Arrowhead II LLC (2098); Arrowhead III LLC (9696); Big Metal Coal Co. LLC (0200); Caballo Rojo LLC (9409); Caballo Rojo Holdings LLC (4824); Cloud Peak Energy Finance Corp. (4674); Cloud Peak Energy Inc. (8162); Cloud Peak Energy Logistics LLC (7973); Cloud Peak Energy Logistics I LLC (3370); Cloud Peak Energy Resources LLC (3917); Cloud Peak Energy Services Company (9797); Cordero Mining LLC (6991); Cordero Mining Holdings LLC (4837); Cordero Oil and Gas LLC (5726); Kennecott Coal Sales LLC (0466); NERCO LLC (3907); NERCO Coal LLC (7859); NERCO Coal Sales LLC (7134); Prospect Land and Development LLC (6404); Resource Development LLC (7027); Sequatchie Valley Coal Corporation (9113); Spring Creek Coal LLC (8948); Western Minerals LLC (3201); Youngs Creek Holdings I LLC (3481); Youngs Creek Holdings II LLC (9722); Youngs Creek Mining Company, LLC (5734). The location of the Debtors' service address is: 385 Interlocken Crescent, Suite 400, Broomfield, Colorado 80021.

[2] The hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Any person who wishes to appear at the December 5, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*. All motions and other pleadings referenced herein are available online at the following address: http://cases.primeclerk.com/cloudpeakenergy.

B. Wyoming Machinery Company's Amended Limited Objection and Reservation of Rights to the Supplemental Notice of (I) Potential Assumption and Assignment of Contracts and Unexpired Leases and (II) Cure Amounts in Connection Therewith [Docket No. 812 – filed November 20, 2019]

Related Documents:

i. Notice of Hearing [Docket No. 798 – filed November 14, 2019]

Status: The Debtors and Wyoming Machinery Company ("**WMC**") are in discussions regarding a consensual resolution of this matter. To the extent that a hearing regarding this matter is required, such hearing has been adjourned to a date to be determined by the Debtors and WMC.

## II. RESOLVED MATTER:

2. Nelson Brothers Mining Services, LLC's Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(1) [Docket No. 795 – filed November 13, 2019]

Objection/Response Deadline: November 27, 2019 at 4:00 p.m. (ET)

Objections/Responses Received: None

Status: The Movant and the Debtors have resolved this matter. Accordingly, a hearing regarding this matter is not required.

## III. CONFIRMATION:

3. Revised First Amended Joint Chapter 11 Plan of Cloud Peak Energy Inc. and Certain of its Debtor Affiliates [Docket No. 744 – filed October 22, 2019]

Objection/Response Deadline: November 27, 2019 at 5:00 p.m. (ET)

Objections/Responses Received:

A. Informal response from Comerica Leasing Corporation

B. Informal response from the Internal Revenue Service

C. Informal response from the United States Department of Justice

D. Informal response from BNSF Railway Company

E. Informal response from Montana Department of Natural Resources and Conservation and Montana Department of Environmental Quality

F.  Objection to Revised First Amended Joint Chapter 11 Plan of Cloud Peak Energy, Inc. and Certain of Its Debtor Affiliates [Docket No. 776 – filed November 1, 2019]

G.  Objection of the Securities and Exchange Commission to Confirmation of the First Amended Joint Chapter 11 Plan of Cloud Peak Energy Inc. and Certain of Its Debtor Affiliates [Docket No. 825 – filed November 26, 2019] (the "**SEC Objection**")

H.  Objection of the Zurich Companies to the Revised First Amended Joint Chapter 11 Plan of Cloud Peak Energy Inc. and Certain of Its Debtor Affiliates [Docket No. 826 – filed November 26, 2019] (the "**Zurich Objection**")

I.  Limited Objection to Revised First Amended Joint Chapter 11 Plan of Cloud Peak Energy, Inc. and Certain of Its Debtor Affiliates [Docket No. 827 – filed November 26, 2019] (the "**Finnigan Objection**")

J.  Objection of Arch Insurance Company, Argonaut Insurance Company, Aspen American Insurance Company, Aspen Specialty Insurance Company, Fidelity and Deposit Company of Maryland, Colonial American Casualty and Surety Company, American Guarantee and Liability Insurance Company, and North American Specialty Insurance Company to the Revised First Amended Joint Chapter 11 Plan of Cloud Peak Energy Inc. and Certain of Its Debtor Affiliates [Docket No. 828 – filed November 26, 2019] (the "**Sureties Objection**")

K.  Western Organization of Resource Councils' Reservation of Rights Regarding (Docket No. 744) [Docket No. 834 – filed November 27, 2019]

L.  Reservation of Rights of the Montana Department of Environmental Quality and the Montana Department of Natural Resources and Conservation Regarding the Revised First Amended Joint Chapter 11 Plan of Cloud Peak Energy Inc. and Certain of Its Debtor Affiliates [Docket No. 835 – filed November 27, 2019]

M.  Limited Objection and Reservation of Rights of Wyoming Machinery Company to the Revised First Amended Joint Chapter 11 Plan of Cloud Peak Energy Inc. and Certain of Its Affiliated Debtors [Docket No. 837 – filed November 27, 2019]

N.  United States Trustee's Objection to Confirmation of the Revised First Amended Joint Chapter 11 Plan of Cloud Peak Energy Inc. and Certain of Its Debtor Affiliates [Docket No. 840 – filed November 28, 2019] (the "**U.S. Trustee Objection**" and, together with the SEC Objection, Zurich Objection, Finnigan Objection, and Sureties Objection, the "**Outstanding Objections**")

Related Documents:

i. Order (I) Conditionally Approving the Disclosure Statement; (II) Scheduling a Combined Plan and Disclosure Statement Hearing; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Form of Ballots; and (V) Granting Related Relief [Docket No. 721 – filed October 15, 2019]

ii. Revised First Amended Disclosure Statement for the Joint Chapter 11 Plan of Cloud Peak Energy Inc. and Certain of Its Debtor Affiliates [Docket No. 745 – filed October 22, 2019]

iii. Notice of Filing of Revised First Amended Plan and Disclosure Statement and Blacklines [Docket No. 746 – filed October 22, 2019]

iv. Notice of Correction to Revised First Amended Disclosure Statement and Blackline [Docket No. 764 – filed October 25, 2019]

v. Notice of (I) Conditional Approval of Disclosure Statement; (II) Hearing to Consider Final Approval of Disclosure Statement and Confirmation of Plan; (III) Deadline for Filing Objections to Final Approval of Disclosure Statement and Confirmation of Plan; and (IV) Other Relevant Information [Docket No. 765 – filed October 25, 2019]

vi. Notice of Non-Voting Status and (I) Conditional Approval of Disclosure Statement, (II) Hearing to Consider Confirmation of the Plan, and (III) Deadline for Filing Objections to Confirmation of the Plan [Docket No. 766 – filed October 25, 2019]

vii. Affidavit of Publication [Docket No. 782 – filed November 5, 2019]

viii. Notice of Filing Supplement to the Revised First Amended Joint Chapter 11 Plan of Cloud Peak Energy Inc. and Certain of Its Debtor Affiliates [Docket No. 810 – filed November 20, 2019]

ix. Notice of Filing of Amended Plan [Docket No. TBD – to be filed on December 3, 2019]

x. Notice of Filing of Amended Plan Supplement [Docket No. TBD – to be filed on December 3, 2019]

xi. Notice of Filing of Proposed Confirmation Order [Docket No. TBD – to be filed on December 3, 2019]

xii. Debtors' Memorandum of Law in Support of (I) Final Approval of the Disclosure Statement, and (II) Confirmation of the Revised First Amended Joint Chapter 11 Plan of Cloud Peak Energy Inc. and Certain of Its Debtor Affiliates [Docket No. TBD – to be filed on December 3, 2019]

xiii. Declaration of Heath Hill in Support of Confirmation of the Revised First Amended Joint Chapter 11 Plan of Cloud Peak Energy Inc. and Certain of Its Debtor Affiliates [Docket No. TBD – to be filed on December 3, 2019]

xiv. Declaration of Alan Boyko of FTI Consulting, Inc. in Support of Confirmation of the Revised First Amended Joint Chapter 11 Plan of Cloud Peak Energy Inc. and Certain of Its Debtor Affiliates [Docket No. TBD – to be filed on December 3, 2019]

xv. Declaration of James Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Revised First Amended Joint Chapter 11 Plan of Cloud Peak Energy Inc. and Certain of Its Debtor Affiliates [Docket No. TBD – to be filed on December 3, 2019]

xvi. Motion of Debtors for Entry of an Order Authorizing the Debtors to Exceed the Page Limit with Respect to the Debtors' Confirmation Brief [Docket No. TBD – to be filed on December 3, 2019]

Status: The Debtors are continuing to engage in discussions with parties to Outstanding Objections. At this time, the hearing on this matter will go forward with respect to the SEC Objection, U.S. Trustee Objection, and Finnigan Objection. As of now, the Debtors anticipate that the Zurich Objection and Sureties Objection will be consensually resolved in advance of the hearing. To the extent that any such matters are not consensually resolved in advance of the hearing, such matter(s) will go forward at the hearing. All other objections have been resolved and a hearing on such resolved objections is only required to the extent that the Court has any questions.

Dated: December 3, 2019
     Wilmington, Delaware

*/s/ David T. Queroli*
**RICHARDS, LAYTON & FINGER, P.A.**
Daniel J. DeFranceschi (No. 2732)
John H. Knight (No. 3848)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: 302.651.7700
Fax: 302.651.7701
defranceschi@rlf.com; knight@rlf.com;
queroli@rlf.com

- and -

**VINSON & ELKINS LLP**
David S. Meyer (admitted *pro hac vice*)
Jessica C. Peet (admitted *pro hac vice*)
Lauren R. Kanzer (admitted *pro hac vice*)
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Tel: 212.237.0000
Fax: 212.237.0100
dmeyer@velaw.com; jpeet@velaw.com;
lkanzer@velaw.com

- and -

Paul E. Heath (admitted *pro hac vice*)
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: 214.220.7700
Fax: 214.220.7716
pheath@velaw.com

*Attorneys for the Debtors and Debtors in Possession*