## **Exhibit A**

**Vote Tabulation Report**

RLF1 22534755v.1

**Cloud Peak Energy Inc, *et al.***
**Exhibit A - Tabulation Summary**

| Class | Class Description | Number Accepting % | Number Rejecting % | AmountAccepting % | AmountRejecting % | Class Voting Result |
|---|---|---|---|---|---|---|
| 3 | Prepetition 2021 Notes Secured Claims against all Debtors | 152<br>94.41% | 9<br>5.59% | $227,664,000.00<br>99.75% | $570,000.00<br>0.25% | ACCEPTS |
| 4 | General Unsecured Claims against all Debtors | 2636<br>89.84% | 298<br>10.16% | $861,646,266.43<br>95.76% | $38,173,973.29<br>4.24% | ACCEPTS |
| 4A | General Unsecured Claims against Cloud Peak Inc | 115<br>87.12% | 17<br>12.88% | $30,804,461.46<br>95.75% | $1,368,302.73<br>4.25% | ACCEPTS |
| 4B | General Unsecured Claims against Antelope Coal LLC | 114<br>90.48% | 12<br>9.52% | $31,976,840.04<br>95.51% | $1,503,472.93<br>4.49% | ACCEPTS |
| 4C | General Unsecured Claims against Arrowhead I LLC | 91<br>89.22% | 11<br>10.78% | $30,670,152.11<br>95.76% | $1,357,751.81<br>4.24% | ACCEPTS |
| 4D | General Unsecured Claims against Arrowhead II LLC | 91<br>90.10% | 10<br>9.90% | $30,670,152.11<br>95.76% | $1,357,750.81<br>4.24% | ACCEPTS |
| 4E | General Unsecured Claims against Arrowhead III LLC | 91<br>90.10% | 10<br>9.90% | $30,670,152.11<br>95.76% | $1,357,750.81<br>4.24% | ACCEPTS |
| 4F | General Unsecured Claims against Big Metal Coal Co LLC | 91<br>90.10% | 10<br>9.90% | $30,670,152.11<br>95.76% | $1,357,750.81<br>4.24% | ACCEPTS |
| 4G | General Unsecured Claims against Caballo Rojo Holdings LLC | 91<br>90.10% | 10<br>9.90% | $30,670,152.11<br>95.76% | $1,357,750.81<br>4.24% | ACCEPTS |
| 4H | General Unsecured Claims against Caballo Rojo LLC | 91<br>90.10% | 10<br>9.90% | $30,670,152.11<br>95.76% | $1,357,750.81<br>4.24% | ACCEPTS |
| 4I | General Unsecured Claims against Cloud Peak Energy Finance Corp | 91<br>90.10% | 10<br>9.90% | $30,670,152.11<br>95.76% | $1,357,750.81<br>4.24% | ACCEPTS |
| 4J | General Unsecured Claims against Cloud Peak Energy Logistics I LLC | 91<br>90.10% | 10<br>9.90% | $30,670,152.11<br>95.76% | $1,357,750.81<br>4.24% | ACCEPTS |
| 4K | General Unsecured Claims against Cloud Peak Energy Logistics LLC | 91<br>90.10% | 10<br>9.90% | $30,670,152.11<br>95.76% | $1,357,750.81<br>4.24% | ACCEPTS |
| 4L | General Unsecured Claims against Cloud Peak Energy Resources LLC | 93<br>89.42% | 11<br>10.58% | $30,936,125.88<br>95.80% | $1,357,751.81<br>4.20% | ACCEPTS |
| 4M | General Unsecured Claims against Cloud Peak Energy Services Company | 97<br>88.99% | 12<br>11.01% | $30,676,866.99<br>95.76% | $1,357,752.81<br>4.24% | ACCEPTS |
| 4N | General Unsecured Claims against Cordero Mining Holdings LLC | 91<br>90.10% | 10<br>9.90% | $30,670,152.11<br>95.76% | $1,357,750.81<br>4.24% | ACCEPTS |
| 4O | General Unsecured Claims against Cordero Mining LLC | 103<br>88.79% | 13<br>11.21% | $31,148,437.03<br>95.82% | $1,358,215.08<br>4.18% | ACCEPTS |
| 4P | General Unsecured Claims against Cordero Oil and Gas LLC | 91<br>90.10% | 10<br>9.90% | $30,670,152.11<br>95.76% | $1,357,750.81<br>4.24% | ACCEPTS |
| 4Q | General Unsecured Claims against Kennecott Coal Sales LLC | 91<br>90.10% | 10<br>9.90% | $30,670,152.11<br>95.76% | $1,357,750.81<br>4.24% | ACCEPTS |

**Cloud Peak Energy Inc, *et al.***
**Exhibit A - Tabulation Summary**

| Class | Class Description | Number Accepting % | Number Rejecting % | AmountAccepting % | AmountRejecting % | Class Voting Result |
|---|---|---|---|---|---|---|
| 4R | General Unsecured Claims against NERCO Coal LLC | 91 | 10 | $30,670,152.11 | $1,357,750.81 | ACCEPTS |
|  |  | 90.10% | 9.90% | 95.76% | 4.24% |  |
| 4S | General Unsecured Claims against NERCO Coal Sales LLC | 91 | 10 | $30,670,152.11 | $1,357,750.81 | ACCEPTS |
|  |  | 90.10% | 9.90% | 95.76% | 4.24% |  |
| 4T | General Unsecured Claims against NERCO LLC | 91 | 10 | $30,670,152.11 | $1,357,750.81 | ACCEPTS |
|  |  | 90.10% | 9.90% | 95.76% | 4.24% |  |
| 4U | General Unsecured Claims against Prospect Land and Development LLC | 91 | 10 | $30,670,152.11 | $1,357,750.81 | ACCEPTS |
|  |  | 90.10% | 9.90% | 95.76% | 4.24% |  |
| 4V | General Unsecured Claims against Resource Development LLC | 91 | 10 | $30,670,152.11 | $1,357,750.81 | ACCEPTS |
|  |  | 90.10% | 9.90% | 95.76% | 4.24% |  |
| 4W | General Unsecured Claims against Sequatchie Valley Coal Corporation | 91 | 10 | $30,670,152.11 | $1,357,750.81 | ACCEPTS |
|  |  | 90.10% | 9.90% | 95.76% | 4.24% |  |
| 4X | General Unsecured Claims against Spring Creek Coal LLC | 112 | 12 | $31,360,188.58 | $1,357,959.16 | ACCEPTS |
|  |  | 90.32% | 9.68% | 95.85% | 4.15% |  |
| 4Y | General Unsecured Claims against Western Minerals LLC | 91 | 10 | $30,670,152.11 | $1,357,750.81 | ACCEPTS |
|  |  | 90.10% | 9.90% | 95.76% | 4.24% |  |
| 4Z | General Unsecured Claims against Youngs Creek Holdings I LLC | 91 | 10 | $30,670,152.11 | $1,357,750.81 | ACCEPTS |
|  |  | 90.10% | 9.90% | 95.76% | 4.24% |  |
| 4AA | General Unsecured Claims against Youngs Creek Holdings II LLC | 91 | 10 | $30,670,152.11 | $1,357,750.81 | ACCEPTS |
|  |  | 90.10% | 9.90% | 95.76% | 4.24% |  |
| 4BB | General Unsecured Claims against Youngs Creek Mining Company, LLC | 91 | 10 | $30,670,152.11 | $1,357,750.81 | ACCEPTS |
|  |  | 90.10% | 9.90% | 95.76% | 4.24% |  |